**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CIVIL ACTION NO: 25-CV-00036** |
| | ) | |
| **VERSUS** | ) | **JUDGE CAIN** |
| | ) | |
| **HENRY GOOLSBY, III M.D., PATRICIA LENAE GOOLSBY, and INFINITE HEALTH INTEGRATIVE MEDICINE CENTER, INC.** | ) | **MAGISTRATE JUDGE LEBLANC** |

**STIPULATION TO JUDGMENT**

Plaintiff, the United States of America (the "Government"), through the undersigned Assistant United States Attorney and on behalf of the United States Department of Health and Human Services (HHS) and the Centers for Medicare & Medicaid Services (CMS), and Defendants, Henry Goolsby, III, M.D. ("Dr. Goolsby"), Patricia Lenae Goolsby ("Mrs. Goolsby") and Infinite Health Integrative Medical Center ("Infinite Health") (hereinafter collectively referred to as the "Parties") do hereby stipulate and agree as follows:

Defendants are obligated to pay the United States the sum of $450,000 in settlement of the United States' claims against the defendants to recover treble damages and civil penalties under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-33, and to recover money for common law or equitable causes of action for payment by mistake and unjust enrichment, based upon the Defendants' submission one hundred and one claims for payment to Medicare under HCPCS code L8679, for which Defendants were paid for a total of $313,265. The underlying procedure for which Defendant submitted those claims involved Dr. Goolsby's application of a "P-Stim"



PENGAD 800-631-6989
GOVERNMENT EXHIBIT
A

device, which is a non-covered acupuncture device, in an office setting.

1. From November of 2018 through April of 2020, Defendants submitted or caused to be submitted one hundred and one claims for payment to Medicare under HCPCS code L8679, for which Defendants were paid for a total of$313,265. The underlying procedure for which Defendant submitted those claims involved Dr. Goolsby's application ofa "P-Stim" device in an office setting.

2. HCPCS L8679 is the code for an implantable neurostimulator and pulse generator. This procedure code requires the provider perform surgery by making an incision on the patient's back and placing the leads (medical wires) that deliver the stimulation into the epidural space on the spinal cord. Payment for the surgical procedure requires the service to be performed in a surgery center. When billed in an outpatient center HCPCS L8679 is non-payable.

3. The underlying procedure for which Defendants submitted these claims involved Dr. Goolsby's application of a "P-STIM" device in an office setting. P-Stim is a device that, pursuant to manufacturer's instructions, is affixed behind a patient's ear using an adhesive. Needles are inserted into the patient's ear and affixed using another adhesive. Once activated, the device then provides intermittent stimulation by electrical pulses. It is a single-use, battery-powered device designed to be worn for approximately four days until its battery runs out, at which time the device is thrown away.

4. The United States Food and Drug Administration cleared P-Stim as an electro-acupuncture stimulator device.

5. Medicare does not reimburse for acupuncture. Medicare also does not reimburse

for acupuncture devices such as P-Stim.

6. Medical records produced by Defendants and their contractor show that Dr. Goolsby applied P-Stim simply using adhesive and insertion of a limited number of needles. The "procedure" did not involve surgery, anesthesia, or take place in an operating room.

7. In order to resolve these claims fully and finally without the need for further litigation, Defendants agree to pay the judgment amount of $450,000, $313,265 of which restitution, to the United States as per the terms of the related Settlement Agreement. (Exh. A)

8. Defendants agree to pay filing fees to the Clerk of Court for the Western District of Louisiana.

9. The Consent Judgment may be entered upon the application of either party and the Parties consent to the entry of a final judgment in this case by a United States Magistrate Judge.

10. Defendants consent that the United States may move the Court *ex parte* for a writ of execution and/or a writ of garnishment or any other appropriate order deemed necessary to satisfy this Judgment in full.

HENRY GOOLSBY, III, M.D., — DATE 2/17/25

PATRICIA LENAE GOOLSBY — DATE 2/17/25

INFINITE HEALTH INTEGRATIVE MEDICAL CENTER
BY HENRY GOOLSBY, III, M.D., — DATE 2/17/25

ALEXANDER C. VAN HOOK
Acting United States Attorney

BY: MELISSA THERIOT Digitally signed by MELISSA THERIOT Date: 2025.02.24 10:21:10 -06'00'

MELISSA L. THERIOT (#22628)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6618
Facsimile: (337) 262-6693
Email: melissa.theriot@usdoj.gov
*Attorney for Plaintiff United States of America*

DATE