UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO: 25-CV-00036 |
| VERSUS | JUDGE CAIN |
| HENRY GOOLSBY, III M.D., PATRICIA LENAE GOOLSBY, and INFINITE HEALTH INTEGRATIVE MEDICINE CENTER, INC. | MAGISTRATE JUDGE LEBLANC |

## CONSENT JUDGMENT

WHEREAS, Plaintiff United States of America filed a Complaint in this action alleging that Defendants, Henry Goolsby, III, M.D., Patricia Lenae Goolsby, and Infinite Health Integrative Medicine Center, Inc. violated the False Claims Act ("FCA"), 31 U.S.C. §§ 3729-3733, and seeking damages under the FCA;

WHEREAS, the Parties recognize, and the Court by entering this Consent Judgment finds, that this Consent Judgment has been negotiated by the Parties in good faith and will avoid further litigation between the Parties and that this Consent Judgment is fair, reasonable, and in the public interest;

NOW, THEREFORE, with the consent of the Parties, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that Final Judgment is hereby entered in favor of Plaintiff and against Defendants, jointly and severally, in the amount of $450,000;

IT IS FURTHER ADJUDGED, ORDERED AND DECREED that the judgment amount shall be paid in accordance with the  2/24/25  Settlement Agreement among the parties and all payments pursuant to this Consent Judgment shall be made to the Financial

Litigation Program utilized by U.S. Attorney's Office of the Western District of Louisiana.

IT IS SO ORDERED this the 28th day of February, 2025.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

ALEXANDER C. VAN HOOK
ACTING UNITED STATES ATTORNEY

MELISSA THERIOT
Digitally signed by MELISSA THERIOT
Date: 2025.02.24 10:20:15 -06'00'

MELISSA L. THERIOT (#22628)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone:   (337) 262-6618
Facsimile:   (337) 262-6693
Email: melissa.theriot@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

Alec Alexander
The Health Law Center
1042 Camelia Blvd., Suite 2
Lafayette, LA 70508
Ph: 337-408-2063-Direct
Cell: 337-852-6736
Fx: 337-233-6215
aalexander@sullivanstolier.com